PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 05/2015)

United States Courts
Southern District of Texas
FILED

OCT 04 2019

David J. Bradley, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE _Southern_ DISTRICT OF TEXAS
_____ DIVISION

John Kennemer TDCJ# 2197190
Plaintiff's Name and ID Number

Darrington Unit of the Texas Department of Criminal Justice
Place of Confinement

CASE NO._____
(Clerk will assign the number)

v.

Bryan Collier / Executive Director of TDCJ     P.O. Box 99 Huntsville Texas 77342
Defendant's Name and Address

A. Chevallier / Assistant Warden   59 Darrington Rd Rosharon Texas 77583
Defendant's Name and Address

_____
Defendant's Name and Address
( DO NOT USE "ET AL.")

INSTRUCTIONS - READ CAREFULLY

NOTICE:

Your complaint is subject to dismissal unless it conforms to these instructions and this form.

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be legibly handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACK SIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

**FILING FEE AND *IN FORMA PAUPERIS* (IFP)**

1

1. In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $50.00 for a total fee of $400.00.

2. If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of your inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at your prison unit.

3. The Prison Litigation Reform Act of 1995 (PLRA) provides "...if a prisoner brings a civil action or files an appeal *in forma pauperis*, the prisoner shall be required to pay the full amount of a filing fee." *See* 28 U.S.C. § 1915. Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or an initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from your inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $50.00 administrative fee does not apply to cases proceeding *in forma pauperis*.)

4. If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

CHANGE OF ADDRESS

It is your responsibility to inform the court of any change of address and its effective date. Such notice should be marked "NOTICE TO THE COURT OF CHANGE OF ADDRESS" and shall not include any motion for any other relief. Failure to file a NOTICE TO THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I. PREVIOUS LAWSUITS:

    A. Have you filed *any* other lawsuit in state or federal court relating to your imprisonment? ___YES _X_ NO

    B. If your answer to "A" is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)
      1. Approximate date of filing lawsuit:_____
      2. Parties to previous lawsuit:
        Plaintiff(s)_____
        Defendant(s)_____
      3. Court: (If federal, name the district; if state, name the county.)_____
      4. Cause number:_____
      5. Name of judge to whom case was assigned:_____
      6. Disposition: (Was the case dismissed, appealed, still pending?)_____
      7. Approximate date of disposition:_____

II. PLACE OF PRESENT CONFINEMENT: *Darrington Unit of the TEXAS DEPARTMENT OF Criminal Justice*

2

III. EXHAUSTION OF GRIEVANCE PROCEDURES:

Have you exhausted all steps of the institutional grievance procedure? __X__ YES ___ NO

Attach a copy of your final step of the grievance procedure with the response supplied by the institution.

IV. PARTIES TO THIS SUIT:

A. Name and address of plaintiff: John Kennemer TDCJ # 2199180 Darrington Unit, 59 Darrington Road, Rosharon, Texas, 77583

B. Full name of each defendant, his official position, his place of employment, and his full mailing address.

Defendant #1: Bryan Collier, Executive Director of the Texas Department of Criminal Justice, P.O. Box 99, Huntsville, Texas 77342

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
This man is entrusted to protect inmates incarcerated by his Agency. He failed to provide water needed for Human Life. He used cruel and unusual punishment

Defendant #2: A. Chevalier, Assistant Warden, 59 Darrington Road, Rosharon, Texas 77583

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
This Warden had Direct Knowledge THE INMATES UNDER HER HAD NO WATER See Exhibit A & B

Defendant #3: _____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #4: _____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #5: _____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

V. STATEMENT OF CLAIM:

3

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

On the 12th of August Warden Armstrong (at Darrington Trustee Camp) was sent a I-60 via United States Mail and sent in Regular "Truck unit mail" stating "No water on Trustee camp." See Exibit "A". Assistant Warden answered the one sent to her via united States mail. She said "Addressed" and signed it 8/20/19. There was still water problems as of 9/19/19. As of 9/19/19 the water fountains (5) on the camp are still broke. There are periods of as much as 6 hours without drinking water during times when the Heat Index is over 107°. A 2nd notice of no water on the camp was mailed via U.S. mail to Warden Chevalier on the 19th of August. It was also sent to Warden Armstrong and Major Pharr via "Truck unit mail". Warden Chevalier was once again the only one to acknowledge recipt. She sent it back to me with the notation "Addressed" and signed it 8/23/19. Please see Exibit "A" an "B".

VI. RELIEF: Bryan Collier is responseable for the actions of the Agency.

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

(1) water at unit tested at all points water is drank from (2) water coolers (3) water fountains (4) Filtered Drinking water (5) Ice to cool water to 60° (6) Major water program (7) Damages (money) to those harmed by lack of water, heat, or any heat illness (8) Collier Jailed 7 days for lying (9) Chevalier Fired

VII. GENERAL BACKGROUND INFORMATION:

A. State, in complete form, all names you have ever used or been known by including any and all aliases.
John DAVID Kennemer, J. D. Kennemer, David Kennemer

B. List all TDCJ-CID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.
TDCJ# 2197180 (I do not remember any other ones)

VIII. SANCTIONS:

A. Have you been sanctioned by any court as a result of any lawsuit you have filed? ____YES X NO

B. If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

  1. Court that imposed sanctions (if federal, give the district and division): _____
  2. Case number: _____
  3. Approximate date sanctions were imposed: _____
  4. Have the sanctions been lifted or otherwise satisfied? ____YES ____NO

4

C. Has any court ever warned or notified you that sanctions could be imposed?  ____ YES  ✗ NO

D. If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

  1. Court that issued warning (if federal, give the district and division): _____
  2. Case number: _____
  3. Approximate date warning was issued: _____

Executed on: 9/19/19
             DATE

_J. David Kenmener_
(Signature of Plaintiff)


PLAINTIFF'S DECLARATIONS

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
2. I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3. I understand I must exhaust all available administrative remedies prior to filing this lawsuit.
4. I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this __19TH__ day of __September__, 20 __19__.
            (Day)              (month)            (year)

_J. David Kenmener_
(Signature of Plaintiff)


**WARNING: Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.**

5

"Exhibit A"

# NO WATER ON Trustee camp!

Sgt. Danzi was contacted by c/o Penrose about 3 dorm not having water or Ice in the cooler since 10:30 am.

Sgt Danzi was ~~also~~ also called by c/o EGBuckillem about not having any water in 16 dorm since 12:15 pm. The day room has had no water since 11:00 am.

It is now 3:30pm. 4.5 hours with no water. c/o Penrose was told to "stay on his post with no Radio Batery."

Addressed 8/20/19
chuck

John Kenwener TDC# 2197180

Francisco Esparza TCC # 2203336

Dust Mainn    TDC# 2082144

Michael Bailey

Larry Dailey    2140549
                1971187

[signature]    0220566

Montanez, Benjamin    # 1540613

Toucl D. Williams    # 617693

Billy J. Cooper 1074002
Malcolm Curtis # 2187750
Jesus Garcia # 2200580
Joshua Diaz # 2168698
Jonathan Hart # 02217134
Aldo Valderrama # 1714985

2nd Notice of NO Ice Water on The Camp

TO: Assistant Warden Chevalier          3:37pm
                                        8/18/19

CC: Major Pharr
CC: Warden Armstrong

We are out of water in 1dorm, 2dorm & 3dorm. Sgt. Danzi was contacted by C/O Plumoose, from 1dorm and told her we have no Ice/water. She said ok. It was said "The Unit is out of ice." This is incorrect! There is Ice in the ice machine at the back of The farm office. The machine was full as of 2:11pm. There is also Ice on the main building. Danzi will not go and get the Ice, or let the rover go get it.

Ran out of water at 11:20am
as of NO Ice     3:48pm          Boldwin
                                  9/23/19
                                    chw.

[4 hours 21 minutes]

As of 3:28 phones were off so we cannot call and ask our family to alert someone of our conditions

witnessed by these inmates

John Kenemer  2147180         D. Oake  2199349
Robbie Walker  1854340        J. Garcia  2200580
Tony D. Williams  617693      J. Hart  02247134
Rene L. Duran  A2170818

James Rike  645927            Copy mailed To:
Keith Burnham  220566         Brenda Kenemer
B___  1975146                 7494 Fallen Trail
                              Fort Worth Texas

2ND Notice of **NO** Ice Water on The Camp

Case 3:19-cv-00335   Document 1   Filed on 10/04/19 in TXSD   Page 8 of 16

3:37pm
8/12/19

To: Assisstant warden Chevalier

CC Major Pharr
CC Warden Armstrong

We are out of water in 1dorm, 2dorm & 3dorm.

Sgt. Danzi was contacted by C/O Punoose, from 1dorm and told her we have no Ice/water. She said ok. It was said "The Unit is oct of ice." This is incorrect! There is Ice in the ice machine at the back of The farm office. The machine was Full as of 2:11pm. There is also Ice on the main building. Sgt Danzi will not go and get the Ice, or let the rover go get it.

Ran out of water at 11:20 AM
as of NO Ice      3:48pm

Added
8/23/19
chd.

[4 hours 21 minutes]

as of 3:28 phones were off so we cannot call and ask our family to alert someone of our condition witnessed by these inmates

John Kennemer  217180          D Baker  2199319
Robbie Walker  1854340          J. GARCIA  2200580
Tony D. Williams  #617693       J. HART  03217134
Rene L Duran  #217088

James Rike  645927              Copy mailed To:
Keith Burnham  2203566          Brenda Kennemer
                 1975146         7444 Fallen Trail
                                 Fort Worth Texas
                       2164757   76123

To: Assistant Warden Chevalier    8/19/19
Darrington Unit

I-60
NO ICE water on The camp

John Kennemer          2197180
TC1-23                 outside yard / Kubota Driver

| | | | | | |
|---|---|---|---|---|---|
| | TFSTMT | | LOCATION: TRUSTY CAMP 1 023 UNIT: | | DA |
| | | | NAME: KENNEMER, JOHN DAVID | | |
| 33.39 MEDICAL CO-PAY OWED: .00 | | | ACCOUNT NUMBER: | | 02197180 |
| FEDERAL COURT FEE OWED: .00 | | | DATE: 03/29/19 | | .72 |
| TEXAS COURT FEE/CHARGE OWED: 398.78 | | | BEGINNING BALANCE: | | |
| INDIGENT SUP. OWED: .00 OTHER HOLD AMOUNT .00 | | | | | |
| | ITEM/DESCRIPTION | | WITHDRAWALS | DEPOSITS | BALANCE |
| | | | | 100.00 | 100.72 |
| 02/15 WU D KENNEMER | | SB CRI708 | | | 90.72 |
| 01 PT 0001000 000000COURTFEE | | | 10.00 | | |
| 01 | | | 90.60 | | |
| 04 CM | | | | 100.00 | 100.12 |
| 11 WU K BURCHFIELD | | SB CRI708 | | | 90.12 |
| 11 PT 0001000 000000COURTFEE | | | 10.00 | | 79.87 |
| 13 CM | | | 10.25 | | .02 |
| 22 CM | | | 78.85 | | |

United States Courts  
Southern District of Texas  
FILED

OCT 04 2019

David J. Bradley, Clerk of Court

**LOCATION:** TRUSTY CAMP 1 02B **UNIT:**
**NAME:** KENNEMER, JOHN DAVID
**ACCOUNT NUMBER:** 02197180

33.301 MEDICAL CO-PAY OWED: .00
FEDERAL COURT FEE OWED: .00
TEXAS COURT FEE/CHARGE OWED: 379.78
INDIGENT SUP. OWED: .00
OTHER HOLD AMOUNT: .00

**DATE:** 04/30/19
**BEGINNING BALANCE:** 1.02

| DATE | ITEM/DESCRIPTION | | WITHDRAWALS | DEPOSITS | BALANCE |
|---|---|---|---|---|---|
| 04/19 | | | | | |
| 01 | WU B KENNEMER | | | 100.00 | 101.02 |
| 01 | CM | | .00 | | 101.02 |
| 01 | PT 0001000 00000COURTFEE | SB CR1708 | 10.00 | | 91.02 |
| 05 | CM | | 77.25 | | 13.77 |
| 17 | CM | | 13.30 | | 4 |
| 22 | WU C CARTER | | | 15.00 | 15. |
| 22 | PT 0000150 00000COURTFEE | SB CR1708 | 1.50 | | 13. |
| 25 | WP WEB SALE D KENNEMER | | | | 13. |
| 26 | WU D KENNEMER | | | 75.00 | 88. |
| 26 | CM | | 13.85 | | 75. |
| 26 | PT 0000750 00000COURTFEE | SB CR1708 | 7.50 | | 67.02 |
| 26 | WS RECEIPT OF WEB SALE | | .00 | | 67. |

| | | | | |
|---|---|---|---|---|
| MEDICAL CO-PAY OWED: .00 | | LOCATION: TRUSTY CAMP 1   023 UNIT: D4 | | |
| FEDERAL COURT FEE OWED: .00 | | NAME: KENNEMER, JOHN DAVID | | |
| | | ACCOUNT | | |
| TEXAS COURT FEE/CHARGE OWED: 359.78 | | NUMBER: 02197180 | | |
| INDIGENT SUP. OWED: .00   OTHER HOLD AMOUNT .00 | | BEGINNING BALANCE: 67.62 | | |
| | ITEM/DESCRIPTION | WITHDRAWALS | DEPOSITS | BALANCE |
| 05/17 | | | | |
| 02 CM | | 67.47 | | .15 |
| 02 WP | WEB SALE D KENNEMER | | | .15 |
| 03 WU | K BURCHFIELD | | 100.00 | 100.15 |
| 03 PT | 0001000.00000COURTFEE   SB CR1708 | 10.00 | | 90.15 |
| 04 CM | | 32.05 | | 58.10 |
| 06 WS | RECEIPT OF WEB SALE | | | 58.10 |
| 17 CM | | .00 | | .30 |
| 23 WU | D KENNEMER | | 100.00 | 100.30 |
| 23 CM | | .00 | | 100.30 |
| 23 PT | 0001000.00000COURTFEE   SB CR1708 | 10.00 | | 90.30 |

INMATE TRUST FUND ACCOUNTS ARE DEMAND ACCOUNTS. YOU WILL NOT EARN ANY INTEREST. YOU MAY WANT TO DEPOSIT EXCESS FUNDS IN A SAVINGS INSTITUTION OF YOUR CHOICE.

| | | | LOCATION: | TRUSTY CAMP 1 | | UNIT: |
|---|---|---|---|---|---|---|
| 32.79 MEDICAL CO-PAY OWED: | | .00 | NAME: | KENNEMER, JOHN DAVID | | |
| FEDERAL COURT FEE OWED: | | .00 | | ACCOUNT | | |
| TEXAS COURT FEE/CHARGE OWED: | | 349.28 | DATE: 06/28/19 | NUMBER: | | 02197180 |
| INDIGENT SUP. OWED: | .00 | OTHER HOLD AMOUNT | .00 | BEGINNING BALANCE: | | 90.30 |

| | ITEM/DESCRIPTION | | WITHDRAWALS | DEPOSITS | BALANCE |
|---|---|---|---|---|---|
| 10 | CM | | | | 11.00 |
| 14 | WU K BURCHFIELD | | 79.30 | 70.00 | 81.00 |
| 14 | PT 0000700 000000COURTFEE | SB CR1708 | 7.00 | | 74.00 |
| 21 | CM | | 23.25 | | 50.75 |
| 26 | WP WEB SALE D KENNEMER | | | | 50.75 |
| 27 | WU D KENNEMER | | | 35.00 | 85.75 |
| 27 | PT 0000350 000000COURTFEE | SB CR1708 | 3.50 | | 82.25 |
| 28 | WS RECEIPT OF WEB SALE | | .00 | | 82.25 |

INMATE TRUST FUND ACCOUNT STATEMENTS APPENDED AND/OR COUNTS YOU MAY REQUEST YOU MAY WARRANT DEPOSIT EXCLUDES FUNDS IN A SAVINGS INSTITUTION OF YOUR CHOICE.

TF STMT

LOCATION: TRUSTY CAMP 1   02 UNIT: 04

NAME: KENNEMER, JOHN DAVID

DATE: 08/30/19   ACCOUNT NUMBER: 02197180

MEDICAL CO-PAY OWED: 32.61   .00
FEDERAL COURT FEE OWED: .00
TEXAS COURT FEE/CHARGE OWED: 319.28
INDIGENT SUP. OWED: .00   OTHER HOLD AMOUNT: .00
BEGINNING BALANCE: 33.17

| 08/19 | ITEM/DESCRIPTION | | WITHDRAWALS | DEPOSITS | BALANCE |
|---|---|---|---|---|---|
| 12 | CM | | | | 55.77 |
| 26 | WU K BURCHFIELD | | | 100.00 | 100.57 |
| 26 | PT 0001000 000000COURTFEE | SB CR1708 | 32.60 | | 90.57 |
| 29 | WU D KENNEMER | | | 50.00 | 140.57 |
| 29 | CM | | 10.00 | | 58.47 |
| 29 | PT 0000500 000000COURTFEE | SB CR1708 | 82.10 | | 53.47 |
|    |                              |           | 5.00 | |       |

INMATE TRUST FUND ACCOUNTS ARE DEMAND ACCOUNTS. YOU WILL NOT EARN ANY INTEREST. YOU MAY WANT TO DEPOSIT EXCESS FUNDS IN A SAVINGS INSTITUTION OF YOUR

| | | | LOCATION: TRUSTY CAMP 1 02 UNIT: | | |
|---|---|---|---|---|---|
| 32.61 | MEDICAL CO-PAY OWED: | .00 | NAME: KENNEMER, JOHN DAVID | | |
| | FEDERAL COURT FEE OWED: | .00 | ACCOUNT | | |
| | TEXAS COURT FEE/CHARGE OWED: | 334.28 | DATE: 07/31/19 NUMBER: 02197180 | | |
| INDIGENT SUP. OWED: | .00 OTHER HOLD AMOUNT | .00 | BEGINNING BALANCE: | | 82.25 |

| 07/19 | | ITEM/DESCRIPTION | WITHDRAWALS | DEPOSITS | BALANCE |
|---|---|---|---|---|---|
| 01 | CM | | 76.45 | | 5.80 |
| 03 | CM | | 5.25 | | .55 |
| 22 | WU | K BURCHFIELD | | 100.00 | 100.55 |
| 22 | PT | 0001000 0000000COURTFEE SB CR1708 | 10.00 | | 90.55 |
| 25 | WU | D KENNEMER | | 50.00 | 140.55 |
| 25 | PT | 0000500 0000000COURTFEE SB CR1708 | 5.00 | | 135.55 |
| 29 | CM | | 95.15 | | 40.40 |
| 31 | CM | | 7.25 | | 33.15 |

INMATE TRUST FUND ACCOUNTS ARE DEMAND ACCOUNTS. YOU WILL NOT EARN ANY INTEREST. YOU MAY WANT TO DEPOSIT EXCESS FUNDS IN A SAVINGS INSTITUTION OF YOUR CHOICE.

John Kempenes
TDCJ# 2197790
Darrington Unit
59 Darrington Road
Rosharon Texas
77583

Legal
Mail

#3716

urgent request for relief

David J Bradley Clerk of Court

Keith Ellisons Court Clerk
Bob Casey United States Courthouse
515 Rusk Ave
Houston Texas 77002

United States Courts
Southern District of Texas
FILED
OCT 04 2019
David J. Bradley, Clerk of Court